## Haggart v. California Borough, Appellant.

Argued April 22, 1902. Appeal, No. 2, April T., 1902, by defendant, from judgment of C. P. Washington Co., Aug. T., 1900, No. 125, on verdict for plaintiff in case of Mary E. Haggart v. California Borough. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY W. D. PORTER, J., October 13, 1902:

All the questions raised by this record were presented in the case of Rothwell et al. v. California Borough, post, p. 234, and have been considered in that opinion. If the plaintiff shall within twenty days file a stipulation reducing the judgment nunc pro tunc, as of March 16, 1901, to $500, the judgment will be affirmed.